[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IC
RECEIVED
AUG 20 2025 M
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Carla H. Hill a/k/a
Almeta W.,[1]              )
    Plaintiff         )
              )
    v.               )
Douglas A. Tulino, Acting Postmaster )
General, United States Postal Service )
(Field Areas and Regions), Agency )
    Defendant        )

**United States District Court**
**Northern District of Illinois**

**1:25-cv-09964**
Judge Jeffrey I Cummings
Magistrate Judge Laura K. McNally
RANDOM / Cat. 1

## COMPLAINT

I Carla H. Hill filed a suit against the United States Postal Service for discrimination based on disability. I was retaliated against for my grievance and EEOC filings at the Hazel Crest Post Office. I was also stripped of my Formal Step A grievance duties agreed upon by Management and my union President who did not support me as a Union Member. I was not given work that I could have performed under my work restrictions. I was denied use of a Postal LLV which I could have used if work was given to me. I was sent home for 2 years with 10 hours or less per week and not 40 hours per week as my restrictions said I could work. I was not given work I could perform and work was available just not given to me due to the harrassment I was receiving from Management. The Manager at the Hazel Crest Post office was given 8 classes ordered because he was found guilty of harassing and bullying Carla Hill. I am filing to receive compensatory damages because the 10 hours or less per week for 2 years caused tremendous financial hardship for the plantiff. Almost losing a home, car and being behind on bills subjecting my credit score to drop and being denied for an credit or loan applications I applied for. The compensatory damages sought is $300,000 for all the mental anguish, pain and suffering caused by this. I went to work for two years afraid every day of what my managers were going to do to me. Working in fear!

Carla H. Hill 8/20/25

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]